# FOR THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GERICA BRIGHT, | : | Case No. 3:14-CV-444 |
| | : | |
| Plaintiff, | : | District Judge: THOMAS M. ROSE |
| | : | |
| vs. | : | |
| | : | |
| CREDIT PROTECTION ASSOCIATION | : | |
| | : | |
| Defendant. | : | |

## STIPULATED DISMISSAL ENTRY

Now come the parties, by and through undersigned counsel and hereby stipulate that the within matter is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| KAHN & ASSOCIATES, L.L.C. | SURDYK, DOWD & TURNER CO., LPA |
| | |
| */s/ J. Daniel Scharville* | */s/ Jennifer Kirby (per consent 9/11/15)* |
| J. DANIEL SCHARVILLE (0071132) | JENNIFER KIRBY (0080619) |
| 6200 Rockside Woods Blvd – Suite 215 | 8163 Old Yankee Street, Suite C |
| Independence, Ohio 44131 | Dayton, Ohio 45458 |
| (216) 621-6101 | (937) 222-2333 |
| (216) 621-6006 Facsimile | (937) 222-1970 Facsimile |
| Attorney for Plaintiff | Attorney for Defendant |